UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JOSEPH V. FOSTER, JR. (#75808)

VERSUS

SHIRLEY COODY, ET AL

CIVIL ACTION

NO. 06-249-JJB-CN

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated January 25, 2008 (doc. no. 21) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the plaintiff's claims against defendants Lawanda Wells, David James, Lisa Moody, Mr. Kennedy, Sgt. Johnson, Capt. Franklin, Mike Smith, Taylor Townsend, and Kathleen Blanco are DISMISSED for failure of the plaintiff to serve these defendants within 120 days as mandated by Rule 4(m) of the Federal Rules of Civil Procedure.

Further, the defendants' motion for summary judgment (doc. no. 14) is granted in part, DISMISSING the plaintiff's claims of retaliation against all parties and DISMISSING his claim that defendant Lisa Moody improperly observed him on March 5, 2005, for failure to exhaust administrative remedies pursuant to 42 U.S.C. § 1997e.

Further, the defendants' motion to dismiss (doc. no. 12) is granted in part, DISMISSING all of the plaintiff's remaining claims and defendants except his claim for injunctive relief against defendants Richard Stalder and Burl Cain, in their official capacities, seeking injunctive relief arising out of the cross-sex search and surveillance policies at LSP, and this matter is referred back to the Magistrate Judge for further proceedings.

Baton Rouge, Louisiana, this 28th day of February, 2008.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE