UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JOSEPH V. FOSTER, JR. (#75808)

VERSUS

SHIRLEY COODY, ET AL.

CIVIL ACTION

NO. 06-249-JJB-CN

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated March 29, 2010 (doc. no. 40) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the defendants' Motion for Summary Judgment (doc. no. 36) is GRANTED, dismissing the plaintiff's claims, and this action is DISMISSED, with prejudice.

Baton Rouge, Louisiana, this 28th day of April, 2010.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA